FILED
FEBRUARY 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01013   Document 3   Filed 02/19/2008   Page 1 of 1

DAJ

08 C 1013

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:

United States v. City of Waukegan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, United States of America

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

| NAME (Type or print) |
| --- |
| Jeffrey David Preston |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jeffrey David Preston |

| FIRM |
| --- |
| U.S. Department of Justice - Civil Rights Division, Housing & Civil Enforcement Section |

| STREET ADDRESS |
| --- |
| 1800 G Street NW, Rm. 7116 |

| CITY/STATE/ZIP |
| --- |
| Washington, DC 20008 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 202-305-0056 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐