**FILED**
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No. _____

**08 C 1013**

| | |
|---|---|
| United States, | ) |
| Plaintiff, | ) |
| vs. | ) |
| City of Waukegan, | ) |
| Defendant. | ) |

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

## PARTIES' JOINT NOTICE OF SETTLEMENT AGREEMENT AND MOTION FOR ENTRY OF CONSENT ORDER RESOLVING CASE

Plaintiff United States and Defendant City of Waukegan jointly move this honorable Court for entry of the attached Consent Order, resolving this case in its entirety under the terms and conditions contained therein.

Respectfully submitted,

FOR THE UNITED STATES:

GRACE CHUNG BECKER
Acting Assistant Attorney General

   *s/ Jeffrey D. Preston*
STEVEN H. ROSENBAUM
Chief
TIMOTHY J. MORAN
Deputy Chief
JEFFREY D. PRESTON
Trial Attorney
Civil Rights Division
United States Department of Justice
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 305-0056
Fax: (202) 514-1116
Jeff.Preston@usdoj.gov

FOR THE CITY OF WAUKEGAN:       __*s/ Robert Masini*__
ROBERT MASINI
Diver, Grach, Quade & Masini, LLP
111 N. County Street
Waukegan, Illinois 60085
Tel.: 847-662-8611 ext. 234
Fax: 847-662-2960 fax
rmasini@divergrach.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic mail and facsimile, this 19th day of February, 2008, Robert Masini, Esq., Diver, Grach, Quade & Masini, LLP, 111 N. County Street, Waukegan, Illinois 60085

                                                 /s/ *Jeffrey D. Preston*
                                               Jeffrey D. Preston
                                               Attorney for the United States