# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1013 | **DATE** | 2/20/2008 |
| **CASE TITLE** | USA vs. City of Waukegan | | |

**DOCKET ENTRY TEXT**

Parties' Joint Notice of Settlement Agreement and Motion for Entry of Consent Order Resolving Case [4] is granted. Enter Consent Order. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|